IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RALPH EDWARD SHANNON,

    Plaintiff,                                            JUDGMENT IN A CIVIL CASE

v.                                                        12-cv-164-wmc

MICHAEL J. NOLAN,

    Defendant.

---

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed *in forma pauperis* on his denial of right to due process claim against the defendant and dismissing this case.

                /s/ Peter Oppeneer                          12/11/12
           Peter Oppeneer, Clerk of Court                     Date