IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RALPH EDWARD SHANNON,

     Plaintiff,                                                    JUDGMENT IN A CIVIL CASE

v.                                                                          12-cv-164-wmc

MICHAEL J. NOLAN,

     Defendant.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed *in forma pauperis* on his denial of right to due process claim against the defendant and dismissing this case.

_____          _____
Peter Oppeneer, Clerk of Court                         Date
                                                       12/11/12